Seth L. Rosenberg (SR4563)
Paul S. Hugel (PH4749)
Wayne E Gosnell (WG2422)
CLAYMAN & ROSENBERG LLP
305 Madison Avenue - Suite 1301
New York, New York 10165
(212) 922-1080  phone
(212) 949-8255  facsimile
ATTORNEYS FOR DEFENDANTS
ARKADIY VAYGENSBERG, LEONID TATARCHUK,
STEFAN STEFANOV, ARKENSBERG, LLC,
ROMANIROV, LLC, ELMWOOD VENTURES, LLC,
NICHOLAS BARTHELEMY, AND
BB NY OPERATIONS 357TH ST., LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MPROSIEMO LIMITED,

                Plaintiff,

  -against-

ARKADIY VAYGENSBERG,
LEONID TATARCHUK,
STEFAN STEFANOV,
ARKENSBERG, LLC,
NIS, INC.,
ROMANIROV, LLC
ELMWOOD VENTURES, LLC
NICHOLAS BARTHELEMY,
GEORGE V. EATERTAINMENT, S.A.
JOHN DOES 1 through 10,

                Defendants,
and

BB NY OPERATIONS 357th St. LLC,

                Nominal Defendant.

CASE NO. 17-CV-3745(KBF)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Paul S. Hugel dated June 23, 2017 and the accompanying Memorandum of Law, the undersigned attorneys for Defendants Arkadiy Vaygensberg, Leonid Tatarchuk, Stefan Stefanov, NIS, Inc., and Nicholas Barthelemy shall move this Court, before the Honorable Katherine B. Forrest, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, for an Order pursuant to Rule 12(b)(1), (2), and (5) of the Federal Rules of Civil Procedure granting Defendants' motion to dismiss the complaint, with prejudice, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 23, 2017

CLAYMAN & ROSENBERG LLP
ATTORNEYS FOR DEFENDANTS
ARKADIY VAYGENSBERG, LEONID
TATARCHUK, STEFAN STEFANOV,
ARKENSBERG, LLC, ROMANIROV, LLC,
ELMWOOD VENTURES, LLC, AND
NICHOLAS BARTHELEMY

By: _____/s/ Paul Hugel_____
Seth L. Rosenberg (SR4563)
Paul S. Hugel (PH4749)
Wayne E. Gosnell (WG2422)
305 Madison Avenue - Suite 1301
New York, New York 10165
(212) 922-1080  phone
(212) 949-8255  facsimile

TO:  Ely Goldin
     FOX ROTHSCHILD LLP
     10 Sentry Parkway, Suite 200, Box 3001
     Blue Bell, PA 19422

     *Attorneys for Plaintiff* (by ECF)


     Laura-Michelle Horgan, Esq.
     Dorf & Nelson, LLP
     555 Theodore Fremd Ave
     Rye, NY 10580

     *Attorneys for Defendant George V. Eatertainment, S.A.* (by ECF)