Seth L. Rosenberg (SR4563)
Paul S. Hugel (PH4749)
Wayne E Gosnell (WG2422)
CLAYMAN & ROSENBERG LLP
305 Madison Avenue - Suite 1301
New York, New York 10165
(212) 922-1080  phone
(212) 949-8255  facsimile
ATTORNEYS FOR DEFENDANTS
ARKADIY VAYGENSBERG, LEONID TATARCHUK, STEFAN
STEFANOV, ARKENSBERG, LLC,  ROMANIROV, LLC,
ELMWOOD VENTURES, LLC, NICHOLAS BARTHELEMY,  AND
BB NY OPERATIONS 357TH ST., LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MPROSIEMO LIMITED,

                Plaintiff,

  -against-

ARKADIY VAYGENSBERG,
LEONID TATARCHUK,
STEFAN STEFANOV,
ARKENSBERG, LLC,
NIS, INC.,
ROMANIROV, LLC
ELMWOOD VENTURES, LLC
NICHOLAS BARTHELEMY,
GEORGE V. EATERTAINMENT, S.A.
JOHN DOES 1 through 10,

                Defendants,
and

BB NY OPERATIONS 357th St. LLC,

                Nominal Defendant.

CASE NO. 17-CV-3745(KBF)

---

**DECLARATION OF PAUL S. HUGEL IN SUPPORT OF
THE MOTION TO DISMISS THE COMPLAINT BY
DEFENDANTS ARKADIY VAYGENSBERG, LEONID TATARCHUK, STEFAN
STEFANOV; AND NICHOLAS BARTHELEMY**

**PAUL S. HUGEL,** hereby declares:

1. I am a member of the law firm of Clayman & Rosenberg LLP, attorneys for Defendants Arkadiy Vaygensberg; Leonid Tatarchuk; Stefan Stefanov; and Nicholas Barthelemy (the "Moving Defendants"). I offer this declaration in support of the Moving Defendants' motion to dismiss the complaint pursuant to Rule 12(b)(1), (2), and (5) of the Federal Rules of Civil Procedure. The statements made herein are based upon personal knowledge derived from my review of legal documents, business records and public records.

2. Annexed hereto are genuine copies of the following documents:

   Exhibit A:   The Complaint filed in this action (ECF No. 1)

   Exhibit B:   The civil cover sheet filed in this action (ECF No. 2)

   Exhibit C:   Affidavit of Service of Summons and Complaint on Defendant Stefanov (ECF No. 29)

3. The Moving Defendants have made no prior requests for the relief sought herein.

Dated: June 23, 2017
       New York, New York

I declare under penalty of perjury that the foregoing is true and correct.

_____
Paul S. Hugel